IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORDAN COOK,<br>Defendant. | **Case No.:** CR 25–434 JST<br>**ORDER TO CONTINUE STATUS CONFERENCE**<br>**Court:** Courtroom E, 15th Floor |

Based on the agreement of the parties in the stipulation above, the status hearing presently set for July 23, 2026, is vacated. This matter is reset for status to August 19, 2026, at 11 a.m.

IT IS SO ORDERED.

Dated: July 22, 2026______________

THOMAS S. HIXSON
United States Magistrate Judge